IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

COOPER TIRE & RUBBER COMPANY                                            PLAINTIFF

V.                                  NO. 4:04mc00012 JMM

JOHN BOOTH FARESE, et al                                            DEFENDANTS

<u>ORDER</u>

Based on the status report filed by Cooper Tire and Rubber Company on December

15, 2006 (docket entry #35), this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 19th day of December, 2006.


_____
UNITED STATES DISTRICT JUDGE